AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THERESA LYNN PRESCOTT,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:20-cv-134

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 13, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the decision of the Commissioner is affirmed, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 14, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk